STATE OF NEW JERSEY v. ROBERT JONES.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY NATIELLO.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE EARL.

June 9, 1987.

Petition for certification denied.

. STATE OF NEW JERSEY v. WAYNE EARL.

June 9, 1987.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. MICHELE L. CAMERON.

June 9, 1987.

Petition for certification denied.